IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY H. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-89-WHA |
| ) | |
| NORMAN CARLTON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 4, 2017, the Magistrate Judge filed a Recommendation (Doc. #24) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action;

3. No costs are taxed herein.

A separate Final Judgment will be entered.

DONE this 25th day of August, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE